JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY EARLEY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA SUPERIOR COURT JUDGE GODOFREDO MAGNO,<br><br>　　　　　　Defendant. | Case No. 5:25-cv-00083-AB (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Action for Lack of Prosecution and Failure to Serve, **IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: July 30, 2025

　　　　　　　　　　　　　　　　　HON. ANDRÉ BIROTTE JR.
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE